UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

12/12/19

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR 321 (SRU) |
| v. | VIOLATION: |
| JEANNERVA LOUISSAINT, JR. | 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to Commit Mail and Wire Fraud)

1. From in or about December 2017 until in or about December 2018, in the District of Connecticut and elsewhere, the defendant, JEANNERVA LOUISSAINT, JR., knowingly and with the specific intent to defraud, did combine, conspire, confederate, and agree with others known and unknown to the United States Attorney to commit mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343.

2. The object and purpose of the conspiracy was for LOUISSAINT and his co-conspirators to enrich themselves by knowingly and willfully devising and intending to devise a scheme to defraud others and to obtain money from others by means of materially false and fraudulent pretenses, representations, and promises, and to use both the mail and interstate wires in execution of that scheme.

3. It was part of the conspiracy that co-conspirators contacted private individuals in the United States (hereinafter "victims") via the internet and, through a variety of means, fraudulently induced the victims to (a) send money through the mail to specified addresses and

recipients and/or (2) deposit money directly into bank accounts controlled by members of the conspiracy, thereby using interstate wires.

4. For example, on or about February 25, 2018, a co-conspirator contacted "Victim #1," a resident of Montana whose identity is known to the United States Attorney, through a hacked Facebook account and falsely represented that Victim #1 may have won a Facebook grant. Victim #1 was provided with an internet address to a fraudulent Treasury Department website to check if he had won the grant. Victim #1 was also provided with a Facebook link to a contact person who would help Victim #1 claim any money he won. Victim #1 believed he won $50,000. A co-conspirator told Victim #1 that he had to pay $8,790 in taxes in order to claim his $50,000. Victim #1 was told to deposit the money in a Wells Fargo bank account controlled by LOUISSAINT. On or about February 26, 2018, Victim #1 deposited $8,790 into LOUISSAINT's Wells Fargo bank account.

5. As a further example, on or about May 28, 2018, a co-conspirator contacted "Victim #2," a resident of North Carolina whose identity is known to the United States Attorney, through a hacked Facebook account and falsely told Victim #2 that she was entitled to $350,000 as part of a federal grant program. Victim #2 was told that in order to get the money, she needed to send a $5,850 processing fee. Victim #2 obtained a cashier's check payable to LOUISSAINT for $5,850. On or about June 4, 2018, the check was deposited in New Haven, Connecticut, in LOUISSAINT's TD Bank account. A co-conspirator notified Victim #2 that additional money needed to be paid in order to receive the grant money. On or about June 6, 2018, Victim #2 obtained a cashier's check for $15,000 payable to LOUISSAINT and sent that check to LOUISSAINT in Connecticut via the United States Postal Service Express Mail. On or about June 7, 2018, the check

was deposited in New Haven, Connecticut, in LOUISSAINT's TD Bank account.

All in violation of Title 18, United States Code, Section 1349.

                UNITED STATES OF AMERICA

                */s/ Leonard C. Boyle*
                LEONARD C. BOYLE
                FIRST ASSISTANT UNITED STATES ATTORNEY

                */s/ Heather Cherry*
                HEATHER L. CHERRY
                ASSISTANT UNITED STATES ATTORNEY